# FOURTH DEPARTMENT, MAY, 1975

## (May 22, 1975)

■ In the Matter of WESTMORELAND TEACHERS ASSOCIATION, Appellant, v BOARD OF EDUCATION OF THE WESTMORELAND CENTRAL SCHOOL DISTRICT, Respondent.—Appeal unanimously dismissed, without costs, as moot, by reason of the expiration of the contract on June 30, 1974. (Appeal from part of order of Oneida Special Term denying application to confirm award of arbitrator.) Present—Moule, J. P., Cardamone, Simons, Goldman and Del Vecchio, JJ.

■ GLORIA BUTLER, Appellant, v BOARD OF EDUCATION OF THE CITY OF NIAGARA FALLS, Respondent. (Appeal No. 1.)—Judgment unanimously affirmed, without costs, upon the opinion at Special Term, King, J. (Appeal from judgment of Erie Special Term denying petition for reinstatement.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Goldman, JJ.

■ GLORIA BUTLER, a Person Incapable of Adequately Protecting Her Rights, by ELBERT BUTLER, Her Husband, Respondent, v BOARD OF EDUCATION OF THE CITY OF NIAGARA FALLS, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed, without costs, upon the opinion at Special Term, Kuszinski, J. (Appeal from judgment of Niagara Trial Term, directing reinstatement.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Goldman, JJ.

■ ATLANTA NATIONAL BANK, Appellant, v HOWARD S. THOMAS, JR., Respondent.—Judgment unanimously affirmed, with costs, upon the opinion at Trial Term, Boomer, J. (Appeal from judgment of Monroe Trial Term in action on promissory note.) Present—Marsh, P. J., Moule, Cardamone, Goldman and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIS M. BENTON, Appellant. (Appeal No. 1.)—Judgment insofar as it imposes sentence unanimously modified in the interest of justice as a matter of discretion to reduce the sentence to a maximum term of five years, and otherwise judgment affirmed. (Appeal from judgment of Supreme Court, Erie County, convicting defendant of criminal possession of a controlled substance, fifth degree.) Present—Cardamone, J. P., Simons, Mahoney, Goldman and Del Vecchio, JJ.